UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NICHOLAS INSLEE,

              Plaintiff,

   -against-

DETECTIVE RANDY KALANTHROFF,
DETECTIVE/SERGEANT AVIS,

             Defendants.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
22-CV-4227(JMA)(SIL)

**FILED**
**CLERK**

12:25 pm, Jul 11, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

AZRACK, United States District Judge:

Before the Court is the unopposed application for the appointment of pro bono counsel by incarcerated pro se plaintiff Nicholas Inslee ("Plaintiff"). (ECF No. 29.) Upon review, the Court finds that pro bono counsel is warranted to represent Plaintiff for the limited purpose of conducting depositions during the discovery phase of this case. Accordingly, the Court appoints The Law Office of Mark E. Nadjar, P.C. by Mark E. Nadjar, Esq., for this purpose. Counsel shall file a Limited Notice of Appearance and contact Plaintiff forthwith.

**Counsel shall appear at the teleconference before Magistrate Judge Locke scheduled for August 9, 2023 at 10:30 a.m.**

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff and to Mr. Nadjar.

                                                     SO ORDERED.

                                                    /s/ (JMA)
                                          Hon. Joan M. Azrack
                                          United States District Judge

Dated: July 11, 2023
        Central Islip, New York